GREENBERG TRAURIG, LLP
Frank E. Merideth, Jr. (SBN 46266)
Courtney J. Chai (SBN 242266)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: meridethf@gtlaw.com; chaic@gtlaw.com

Attorneys for Plaintiff,
American Physical Security Group, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN PHYSICAL SECURITY GROUP, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>LOSS PREVENTION SYSTEMS, INC.<br><br>           Defendant. | CASE NO. CV09-03050 MMM (JWJx)<br><br>**REQUEST FOR DISMISSAL**<br><br>JUDGE:   Hon. Margaret M. Morrow |

1      **WHEREAS**, on or about April 30, 3009, Plaintiff, American Physical Security Group, LLC ("APSG"), filed this action against Loss Prevention Systems, Inc. ("LPS");

    **WHEREAS**, on or about May 26, 2009, LPS filed a Counter Claim against APSG;

    **WHEREAS**, on September 23, 2009, APSG and LPS entered into a settlement agreement, settling all claims at issue in this action, including all of APSG's claims and all of LPS's counter claims ("Settlement Agreement");

    **NOW THEREFORE** APSG and LPS hereby stipulate and agree that this action is dismissed with prejudice pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure. This Court shall retain jurisdiction to enforce the Settlement Agreement, and each party shall bear its own attorneys' fees and costs.

DATED: September 30, 2009          GREENBERG TAURIG, LLP

By: _____
Courtney J. Chai
Attorneys for Plaintiff
AMERICAN PHYSICAL
SECURITY GROUP, LLC

DATED: September ___, 2009        KINLEY & STYSKAL

By: _____
Thomas G. Styskal
Attorneys for Defendant
LOSS PREVENTION SYSTEMS, INC.

**WHEREAS**, on or about April 30, 3009, Plaintiff, American Physical Security Group, LLC ("APSG"), filed this action against Loss Prevention Systems, Inc. ("LPS");

**WHEREAS**, on or about May 26, 2009, LPS filed a Counter Claim against APSG;

**WHEREAS**, on September 23, 2009, APSG and LPS entered into a settlement agreement, settling all claims at issue in this action, including all of APSG's claims and all of LPS's counter claims ("Settlement Agreement");

**NOW THEREFORE** APSG and LPS hereby stipulate and agree that this action is dismissed with prejudice pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure. This Court shall retain jurisdiction to enforce the Settlement Agreement, and each party shall bear its own attorneys' fees and costs.

DATED: September ___, 2009        GREENBERG TRAURIG, LLP

                                   By: _____
                                       Courtney J. Chai
                                       Attorneys for Plaintiff
                                       AMERICAN PHYSICAL
                                       SECURITY GROUP, LLC

DATED: September 29, 2009          KINLEY & STYSKAL

                                   By: /s/ Thomas G. Styskal
                                       Thomas G. Styskal
                                       Attorneys for Defendant
                                       LOSS PREVENTION SYSTEMS, INC.

1
REQUEST FOR DISMISSAL

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Margaret M. Morrow

2
REQUEST FOR DISMISSAL

LA 128,443,367v1
Greenberg Traurig LLP